IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| DAVID OETTING, | ) | |
| --- | --- | --- |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Appeal No. 13-2620 |
| | ) | |
| NATIONSBANK CLASSES, | ) | |
| | ) | |
| Appellee. | ) | |

**APPELLEE'S MOTION TO RECAPTION CASE
AND TO REDUCE SERVICE LIST TO ACTUAL PARTIES IN THE APPEAL**

Appellee, the NationsBank Classes, move that the Court recaption the case in this appeal and that the Court reduce the list of persons to be served to the actual parties in the appeal.

**I.     Case caption.**

This is the latest in a series of appeals from this multi-district litigation. The first appeal was an interlocutory appeal, Appeal No. 00-2255, that involved 65 parties, of whom 10 were appellants and 7 appellees. After final judgment was entered, three separate appeals followed, one of which, Appeal No. 02-3780, was brought by the present appellant and a second appellant. (The other two were Appeals Nos. 02-3783 and 02-3784.) There were also a pair of post-judgment appeals in a related lawsuit brought by the other appellant in Appeal No. 02-3780. These post-judgment appeals were Appeals Nos. 06-2357 and 06-2746, which were consolidated by this Court.

In short, there has been a lot of litigation arising out of the underlying transactions, involving a lot of parties, none of whom are involved in this dispute other than appellant David Oetting and appellee NationsBank Classes.

The Clerk has distributed to the parties a letter dated July 25, 2013, which indicates that it has been copied to 15 lawyers, most of whom have had no involvement in the case for the better part of a decade, and which forwards a caption for the appeal, which reads:

> In re: Bankamerica Corporation Securities Litigation
> -------------------------
> Joseph Hempen; John M. Koehler
>     Plaintiffs
> David P. Oetting
>     Plaintiff-Appellant
> Selma Kaiser; Brian Markee; Walter E. Ryan, Jr.; Kevin Kloster, Heffler, Radetich & Saitta, LLP
>     Plaintiffs
> v.
> NationsBank Classes
>     Plaintiff-Appellee
> BankAmerica Classes
>     Plaintiff
> Hugh L. McColl, Jr.; James H. Hance, Jr.; David A. Coulter; Michael E. O'Neill; John J. Higgins; Marc D. Oken; Bank of America
>     Defendants
> Allison Desmond
>     Objector
> Ernesto Gumapas; Sydney Sorkin; Herman Shyken; Carol Mackay, Executrix of the estate of
>     Intervenors below
> Jas Securities, LLC; Milberg, Weiss, Bershad, Hynes & Lerach, LLP; Wachhovia Bank, N.A.; Donald H. Clooney; Chitwood & Harley, LLC
>     Movants

The proposed caption is of archeological interest only. It does not accurately describe the parties to the appeal, and does not even completely accurately reflect the roles of the persons mentioned in the underlying case. For example, Heffler Radetich & Saitta, LLP, was not a plaintiff; it was the class action claims administrator. Actual plaintiffs do not appear on the plaintiff list. Allison Desmond and Carol Mackay were both objectors and intervenors. Chitwood & Harley, LLC was not a movant; it was one of the counsel to the NationsBank Classes, as was Donald H. Clooney. Although Mr. Clooney did file a motion in connection with the award of attorneys' fees, so did several other lawyers or law firms who go unmentioned. And so on.

This appeal solely concerns David P. Oetting and the NationsBank Classes. The cleanest and most accurate caption would be that which appears on the reference line of the clerk's letter of July 25: "David Oetting v. NationsBank Classes." If it is important to emphasize the historic connection to the underlying multi-district class action, then the caption, "In re BankAmerica Corp. Securities Litigation: David P. Oetting v. NationsBank Classes," would work well. But the current caption does not work well: it is confusing and misleads a reader as to the parties to the appeal.

II. **Service list.**

The service list on this appeal includes everyone who has ever received service in the underlying case. Most of the people receiving service were involved in the case briefly and for a limited purpose. With the exception of David Oetting and his attorney, the NationsBank Classes and lead counsel for those classes (Green Jacobson, P.C.), and

the BankAmerica Classes and lead counsel for those classes, the parties and counsel named on the certificate of service have had no interest in or involvement in the underlying case since 2006, at the latest. The BankAmerica Classes have no interest or stake in the current dispute, which does not concern their classes.

The only parties with any interest in this appeal are David P. Oetting and the NationsBank Classes. Reducing the list of persons to be served to David P. Oetting and his attorney, Frank Hilton Tomlinson, and to the NationsBank Classes and its attorneys, Martin M. Green, Joe D. Jacobson, and Jonathan F. Andres, would reduce the burden and expense to the Court's staff and the parties. This is especially true given that a majority of the other counsel named in the service list have either moved or were employed by law firms (such as the Milberg Weiss law firm) that no longer exist, and thus are not receiving copies of mailed items in any case.

## CONCLUSION

Clarity and economy support this motion. The clerk should amend the case caption as suggested above and should reduce the list for service to just the five persons mentioned, David P. Oetting, Frank Hilton Tomlinson, Martin M. Green, Joe D. Jacobson, and Jonathan F. Andres.

Respectfully submitted,

GREEN JACOBSON, P.C.

By:    /s/ Joe D. Jacobson
Martin M. Green
Joe D. Jacobson
Jonathan F. Andres
7733 Forsyth Blvd., Suite 700
Clayton, MO 63105

Tel: (314) 862-6800
Fax: (314) 862-1606

Email: jacobson@stlouislaw.com
Email: green@stlouislaw.com
Email: andres@stlouislaw.com

Attorneys for appellee NationsBank Classes

CERTIFICATE OF SERVICE

The filing attorney certifies that on July 26, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

T:\BankAmerica\Cy Pres\Appeal\Mtn caption.wpd     5

Appellate Case: 13-2620     Page: 5     Date Filed: 07/26/2013 Entry ID: 4058954