# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2620

In re: Bankamerica Corporation Securities Litigation

------------------------------

Joseph Hempen and John M. Koehler

David P. Oetting

Appellant

Selma Kaiser, et al.

v.

NationsBank Classes

Appellee

BankAmerica Classes, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:99-md-01264-CEJ)
_____

**ORDER**

     Upon consideration of appellee's motion to recaption, appellant's response and appellee's reply, appellant's cross-motion to recaption the case David Oetting v. Green Jacobsen, P.C. is granted, and the clerk will amend the caption. The parties have agreed to reduce the service list, and the new service list will be limited to: David P. Oetting, Frank H. Tomlinson, Theodore H. Frank, Martin M. Green, Joe D. Jacobson and Jonathon F. Andres.


August 13, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans