# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 30, 2013

Mr. David Prange Oetting
8 Glenview Road
Saint Louis, MO  63124

     RE:  13-2620  David Oetting v. Green Jacobson

Dear Mr. Oetting:

     We have amended our caption as requested this morning.

                      Michael E. Gans
                      Clerk of Court

LLB

Enclosure(s)

cc:    Mr. Jonathan F. Andres
        Mr. Theodore H. Frank
        Mr. Martin M. Green
        Mr. Joe David Jacobson
        Mr. Frank Hilton Tomlinson

        District Court/Agency Case Number(s):   4:99-md-01264-CEJ