# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2620

In re: Bankamerica Corporation Securities Litigation

------------------------------

David P. Oetting, Class Representative

Appellant

v.

Green Jacobson, PC

Appellee

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:99-md-01264-CEJ)

___

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until October 7, 2013, to file the brief.

October 04, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans