# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

Eric J. Magnuson
EJMagnuson@rkmc.com
612-349-8548

January 7, 2014

Mr. Michael E. Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

  Re: Appeal No. 13-2620
     Oetting vs. Green Jacobson, P.C.
     Conflict dates for oral argument scheduling

Dear Mr. Gans:

  With regard to the Court's Oral Argument Dates and Locations for the 2013-2014 Term of Court, please be advised that I am unavailable for oral argument on February 12, 2014.

  By copy of this letter, all counsel is being advised of the same. Thank you for your consideration.

           Very truly yours,

           Eric J. Magnuson

EJM/kd
cc: All Counsel via ECF System

84441970.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · NEW YORK